IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | No. 91-00570-09 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| REGINALD REAVES, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW,** this **27th** day of **June, 2014,** for the reasons set forth in the accompanying memorandum, it is **hereby ORDERED** that Defendant's Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582 (c)(2) (ECF No. 471) is **DENIED.**

   **AND IT IS SO ORDERED.**

                    **/s/ Eduardo C. Robreno**
                    **EDUARDO C. ROBRENO,    J.**

1