```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :    CRIMINAL ACTION
                               :    No. 91-570-09
                               :
     v.                        :
                               :
                               :
REGINALD REAVES                :
                               :
```

**O R D E R**

**AND NOW,** this **5th** day of **April, 2023,** upon consideration of Defendant's Motion for Compassionate Release (ECF No. 726) the Government's Response in Support (ECF No. 728), Defendant's Medical Records (ECF No. 729), and the Government's Supplemental Response in Support (ECF No. 732), it is hereby **ORDERED** that Defendant's motion is **GRANTED.**

The Defendant's previously imposed sentence of life imprisonment is reduced to **Time Served.** There being a verified residence and an appropriate release plan in place, this Order is stayed for up to fourteen days to make appropriate travel arrangements and to ensure Defendant's safe release. Defendant shall be released from the custody of the Bureau of Prisons as soon as appropriate travel arrangements are made and it is safe for Defendant to travel. There shall be no delay in ensuring travel arrangements are made. If more than fourteen days are needed to make appropriate travel arrangements and ensure

Defendant's safe release, then the parties shall immediately notify the Court and show cause why the stay should be extended.

It is **FURTHER ORDERED** that:

1. Under 18 U.S.C. § 3582(c)(1)(A), Defendant shall be subject to a "special term" of five-years supervised release, subject to the thirteen standard conditions.
2. Defendant shall reside at 230 North 60th Street, Philadelphia, Pennsylvania, 19139.[1]
3. As a special condition of supervised release, Defendant shall be subject to home detention for a period of 60 days, beginning as soon as practicable, and comply with the Location Monitoring Program requirements as directed by the U.S. Probation Office. Defendant will be restricted to his residence at all times except for employment, education, religious services, medical, substance abuse and mental health treatment, Court ordered obligations, and any other such times specifically authorized by the U.S. Probation Office. Defendant shall be subject to electronic monitoring. Having found that Defendant has no ability to pay, the cost of the monitoring is waived.

---

[1] Per the thirteen standard conditions of supervised release, Defendant shall notify the Probation Officer in advance of a proposed change of residence.

4. The U.S. Probation Office shall submit a progress report as to Defendant's adjustment to release prior to the end of the 60-day period of home confinement.

    **AND IT IS SO ORDERED.**

*Eduardo C. Robreno*
_____
**EDUARDO C. ROBRENO, J.**